**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

JESUS ALBERTO ZELAYA, *on behalf of himself, FLSA*
*Collective Plaintiffs and the Class,*

                    Plaintiff,

          v.

FOREVER NEW CONSTRUCTION INC.,
PANTELIS TSEKOS, and
ANDREAS TSEKOS,

                    Defendants.

**Case No.**: 1:25-cv-00416

**NOTICE OF**
**ACCEPTANCE**
**OF OFFER OF JUDGMENT**

---

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff JESUS ALBERTO

ZELAYA hereby accepts and provides notice that he has accepted Defendants' Offer of Judgment

dated September 10, 2025, and annexed hereto as **Exhibit A**.

Dated: September 10, 2025

                                        Respectfully submitted,

                    By:

                                        C.K. Lee, Esq. (CL 4086)
                                        LEE LITIGATION GROUP, PLLC
                                        148 West 24th Street, 8th Floor
                                        New York, NY 10011
                                        Tel.: (212) 465-1188
                                        Fax: (212) 465-1181
                                        *Attorney for Plaintiff, FLSA Collective*
                                        *Plaintiffs and the Class*

CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2025, I caused service of Plaintiff's Notice of Acceptance of Offer of Judgment to be served, via electronic mail, upon Defendants' counsel of record in this matter:

Evangelos Michailidis, Esq.
EISNER, LLP
40 West 57th Street, Suite 2030
New York, NY 10019
emichailidis@eisnerlaw.com
*Attorney for Defendants*



By: _____
                 C.K. Lee, Esq.