**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

JESUS ALBERTO ZELAYA , *on behalf of herself, FLSA*
*Collective Plaintiffs and the Class,*

                Plaintiff,

    v.

FOREVER NEW CONSTRUCTION INC.,
PANTELIS TSEKOS, and
ANDREAS TSEKOS,

                Defendants.

---

**Case No.**: 1:25-cv-00416

**RULE 68 JUDGMENT**

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants FOREVER NEW CONSTRUCTION INC., PANTELIS TSEKOS, and ANDREAS TSEKOS (collectively "Defendants"), having offered to allow Plaintiff JESUS ALBERTO ZELAYA ("Plaintiff") to take a judgment against them, in the sum of Fifteen Thousand Dollars and No Cents ($15,000.00), to resolve all of Plaintiff's individual claims against Defendants, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated September 10, 2025 and filed as Exhibit A to Docket Number 26;

**WHEREAS**, on September 10, 2025, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 26);

It is **ORDERED and ADJUDGED,** that judgment is entered in favor of Plaintiff JESUS ALBERTO ZELAYA, in the sum of $15,000.00, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated September 10, 2025 and filed as Exhibit A to Docket Number 26. The Clerk of Court is respectfully directed to close this case.

Dated: September 12, 2025
      Brooklyn, New York

BRENNA B. MAHONEY
CLERK OF COURT

by: _Jalitza Poveda_____
      Deputy Clerk